```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-20-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GILEAD SCIENCES, INC.,

                        Plaintiff,

-v-

TEVA PHARMACEUTICALS USA, INC., *et al.*,

                        Defendants.

No. 10 Civ. 1796 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The parties have informed the Court that they reached a settlement in principle. Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. However, within ninety days of the date of this Order, any party may send a letter requesting to restore this action to the undersigned's calendar. Upon receipt of such a letter, this action will be restored.

SO ORDERED.

Dated:      February 20, 2013
                New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE