# In The Matter Of:

*GILEAD SCIENCES, INC. et al v*
*TEVA PHARMACEUTICALS USA INC.*

*August 29, 2013*

*SOUTHERN DISTRICT REPORTERS*
*500 PEARL STREET*
*NEW YORK, NY 10007*
*212 805-0330*

Original File D8tQgilC.txt
**Min-U-Script® with Word Index**

Case 1:10-cv-01796-RJS  Document 139  Filed 09/20/13  Page 2 of 6
GILEAD SCIENCES, INC. et al v
TEVA PHARMACEUTICALS USA INC.
August 29, 2013

D8tQgilC                                                                    Page 1

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 3   GILEAD SCIENCES, INC. et al
 4              Plaintiffs
 5          v.                              10 CV 1796 (RJS)
 6   TEVA PHARMACEUTICALS USA INC.
     et al
 7              Defendants
 8   ------------------------------x
                                            New York, N.Y.
 9                                          August 29, 2013
                                            2:45 p.m.
10
     Before:
11
                    HON. RICHARD J. SULLIVAN
12
                                            District Judge
13
                          APPEARANCES
14
     FITZPATRICK CELLA HARPER & SCINTO
15       Attorneys for Plaintiffs
     NICHOLAS M. CANNELLA
16
     KENYON & KENYON
17       Attorneys for Defendant Teva
     JAMES WRIGHT GALBRAITH
18
     GOODWIN PROCTER LLP
19       Attorneys for Defendant Teva
     DAVID M. HASHMALL
20
21
22
23
24
25
```

D8tQgilC                                                                    Page 2

1   (In chambers)
2       THE COURT: Hello counsel?
3       MR. CANNELLA: Yes.
4       THE COURT: Hi.
5       MR. CANNELLA: Good afternoon, your Honor.
6       THE COURT: Let me just take appearances to let me
7   know who is here.  For the plaintiff?
8       MR. CANNELLA: Nick Cannella, your Honor.
9       THE COURT: Mr. Cannella, good afternoon.
10      For the defendant?
11      MR. GALBRAITH: Jim Galbraith, your Honor.
12      MR. HASHMALL: And David Hashmall, your Honor, Goodwin
13  Procter.
14      THE COURT: That's all?
15      MR. CANNELLA: It is, your Honor.
16      THE COURT: I'm here with the court reporter.  So if I
17  could ask each of you to identify yourselves each time we speak
18  so we could make sure we have the correct voice attributions on
19  the transcript.
20      This is a trip down memory lane, I think, or at least
21  I thought we settled this thing.  You guys were working out the
22  fine print in details, but I guess the last correspondence I
23  got from you indicated that there might be some things worth
24  talking about.
25      So, where are we?  What's going on?

D8tQgilC                                                                    Page 3

1       MR. CANNELLA: Your Honor, Mr. Cannella.
2       THE COURT: Yes.
3       MR. CANNELLA: I will attempt to make the journey down
4   memory lane a short one.  You are correct the parties announced
5   to you that we had reached an agreement in principle.  You are
6   also correct that subsequent to that time, we did in fact
7   reduce the agreement in principle to writing.  Your Honor may
8   also recall that we are required by statute to submit that type
9   of an agreement to both the Department of Justice and the
10  Federal Trade Commission for review.
11      We asked your Honor to dismiss 90 days down the road
12  to give the FTC and the Department of Justice some time to
13  review it.  We subsequently heard, I believe on the day before
14  the 90-day period was to expire, that the Federal Trade
15  Commission had a "concern" over one of the provisions in the
16  agreement.  We so notified your Honor in writing and asked for
17  an extension of time.  Both parties subsequently have
18  communicated with the Federal Trade Commission in an attempt to
19  dissuade it of its purported concern.  Those efforts proved
20  unsuccessful, and the Commission reiterated its concern over
21  just one provision in the agreement.
22      Fortunately, for all concerned, your Honor, as of late
23  yesterday afternoon, the parties have determined that they will
24  drop the "offending" provision from the agreement.  So we
25  simply now have to prepare and execute a simple amendment to

D8tQgilC                                                                    Page 4

1   the underlying settlement agreement, send that down to the
2   Federal Trade Commission, and then your Honor will be able to
3   dismiss the case.
4       THE COURT: OK.
5       MR. CANNELLA: We firmly believe that there are no
6   hurdles left.  In candor, we did not see this original
7   agreement as having any difficulty, but since the Commission
8   has raised its concern with respect to only one provision, and
9   we are now eliminating that provision, we have the greatest
10  confidence that we are, once we sign the amendment in the
11  ministerial phase, which is just giving it to the Commission
12  and then we will notify your Honor promptly that we have done
13  that, and you can dismiss the case.
14      We expect all of that will happen well before the
15  October 1 date that your Honor has given us to try to get this
16  all resolved, and we will let you know as soon as it does.
17      THE COURT: OK.  That sounds pretty good.  Maybe the
18  upside is I don't have to do a darn thing.  All right.
19      Do you mind my asking what is the offending provision?
20      MR. CANNELLA: Not at all, your Honor.  Just a little
21  bit of background, if I may.  The Federal Trade Commission has
22  historically taken issue with settlements between brand
23  companies and generics when those settlements have what are
24  called reverse payments in them where the brand name company
25  pays a sum of money to the generic company, allegedly in

D8tQgilC                                                       Page 5

 1  exchange for the generic company's agreement to stay off the
 2  market longer than the generic company might otherwise have
 3  done so.
 4       Not too long ago, your Honor may be aware, the Supreme
 5  Court addressed such provisions in a very split court
 6  five-three and they found that the such provisions could
 7  potentially violate the antitrust laws that had to be evaluated
 8  under the rule of reason.  That has emboldened the FTC and has
 9  breathed new life into its enforcement efforts.
10       So now they have reached out in our agreement, and, as
11  I understand it, in some others, to challenge the agreements
12  even though there is no reverse payment provision.  No money
13  was to change hands under our agreement. 
21  frankly, has never had too many folks singing in its choir.
22       Every court that has addressed it in the past has
23  rejected the argument, but they have raised the argument in
24  connection with our settlement.  The parties here were not
25  looking to trade one lawsuit for another lawsuit.

D8tQgilC                                                       Page 6

 1       THE COURT: Right.
 2       MR. CANNELLA: We don't want to fight the FTC even
 3  though we were confident we were correct.  So if we could not
 4  resolve it, we would go back and fight a patent case.
 5  
10       THE COURT: That's interesting.  Thanks for letting me
11  know.  I expect to hear on or before October 1st from you, and
12  hopefully it goes according to plan.  If there is an additional
13  hiccup, let me know.  Anything else I should do or be thinking
14  about now?
15       MR. CANNELLA: Not from plaintiff's perspective, your
16  Honor.
17       MR. GALBRAITH: No, your Honor, not from defendants.
18       THE COURT: OK.  Great.  If you want a copy of the
19  transcript, you can contact the court reporters' office, but,
20  otherwise, I guess I'll wait till I hear from you.  Enjoy the
21  rest of the summer.
22       MR. GALBRAITH: Thank you, your Honor.  Thank you for
23  your time.
24       THE COURT: Thanks for cluing me in.  Take care.
25       (Adjourned)

| A | C | D | F | H |
|---|---|---|---|---|
| **able (1)** 4:2 | **called (1)** 4:24 | **darn (1)** 4:18 | | 4:14;6:11 |
| **according (1)** 6:12 | **can (3)** 4:13;6:8,19 | **date (1)** 4:15 | **fact (1)** 3:6 | **guess (2)** 2:22;6:20 |
| **additional (1)** 6:12 | **candor (1)** 4:6 | **David (1)** 2:12 | **Federal (6)** 3:10,14,18;4:2,21; 6:7 | **guys (1)** 2:21 |
| **addressed (2)** 5:5,22 | **CANNELLA (13)** 2:3,5,8,8,9,15;3:1,1, 3;4:5,20;6:2,15 | **day (1)** 3:13 | **fight (2)** 6:2,4 | **hands (1)** 5:13 |
| **Adjourned (1)** 6:25 | **care (1)** 6:24 | **days (1)** 3:11 | **fine (1)** 2:22 | **happen (1)** 4:14 |
| **afternoon (3)** 2:5,9;3:23 | **case (4)** 4:3,13;5:20;6:4 | **defendant (1)** 2:10 | **firmly (1)** 4:5 | **Hashmall (2)** 2:12,12 |
| **AG (1)** 6:6 | **challenge (1)** 5:11 | **defendants (1)** 6:17 | **first (1)** 6:9 | **head (1)** 5:17 |
| **ago (1)** 5:4 | **chambers (1)** 2:1 | **Department (2)** 3:9,12 | **five-three (1)** 5:6 | **hear (2)** 6:11,20 |
| **agreed (1)** 5:14 | **change (1)** 5:13 | **details (1)** 2:22 | **folks (1)** 5:21 | **heard (1)** 3:13 |
| **agreement (12)** 3:5,7,9,16,21,24;4:1, 7;5:1,10,13;6:7 | **choir (1)** 5:21 | **determine (1)** 5:15 | **Fortunately (2)** 3:22;6:5 | **Hello (1)** 2:2 |
| **agreements (1)** 5:11 | **clause (2)** 5:19;6:6 | **determined (1)** 3:23 | **found (1)** 5:6 | **Hi (1)** 2:4 |
| **allegedly (1)** 4:25 | **cluing (1)** 6:24 | **difficulty (1)** 4:7 | **frankly (1)** 5:21 | **hiccup (1)** 6:13 |
| **amendment (2)** 3:25;4:10 | **Commission (9)** 3:10,15,18,20;4:2,7, 11,21;6:8 | **dismiss (3)** 3:11;4:3,13 | **FTC (3)** 3:12;5:8;6:2 | **historically (1)** 4:22 |
| **analogize (1)** 5:19 | **communicated (1)** 3:18 | **dissuade (1)** 3:19 | **FTC's (1)** 5:18 | **Honor (18)** 2:5,8,11,12,15;3:1,7, 11,16,22;4:2,12,15,20; 5:4;6:16,17,22 |
| **announced (1)** 3:4 | **companies (1)** 4:23 | **done (2)** 4:12;5:3 | | **hopefully (1)** 6:12 |
| **antitrust (1)** 5:7 | **company (3)** 4:24,25;5:2 | **down (4)** 2:20;3:3,11;4:1 | **G** | **hurdles (1)** 4:6 |
| **appearances (1)** 2:6 | **company's (1)** 5:1 | **drop (1)** 3:24 | **Galbraith (4)** 2:11,11;6:17,22 | **I** |
| **argument (2)** 5:23,23 | **complaints (1)** 6:8 | **E** | **gave (1)** 5:17 | **identify (1)** 2:17 |
| **attempt (2)** 3:3,18 | **concern (4)** 3:15,19,20;4:8 | **efforts (2)** 3:19;5:9 | **generic (7)** 4:25;5:1,2,16,16,18, 19 | **inconceivable (1)** 6:7 |
| **attributions (1)** 2:18 | **concerned (2)** 3:22;6:5 | **eliminated (1)** 6:6 | **generics (1)** 4:23 | **independently (1)** 5:15 |
| **authorized (3)** 5:16,18,19 | **confidence (1)** 4:10 | **eliminating (1)** 4:9 | **Gilead (2)** 5:14,17 | **indicated (1)** 2:23 |
| **aware (1)** 5:4 | **confident (1)** 6:3 | **else (1)** 6:13 | **given (1)** 4:15 | **interesting (1)** 6:10 |
| **B** | **connection (1)** 5:24 | **emboldened (1)** 5:8 | **giving (1)** 4:11 | **into (1)** 5:9 |
| **back (1)** 6:4 | **contact (1)** 6:19 | **enforcement (1)** 5:9 | **goes (1)** 6:12 | **issue (1)** 4:22 |
| **background (1)** 4:21 | **copy (1)** 6:18 | **Enjoy (1)** 6:20 | **Good (3)** 2:5,9;4:17 | **J** |
| **bit (1)** 4:21 | **correspondence (1)** 2:22 | **evaluated (1)** 5:7 | **Goodwin (1)** 2:12 | **Jim (1)** 2:11 |
| **both (2)** 3:9,17 | **counsel (1)** 2:2 | **even (2)** 5:12;6:2 | **Great (1)** 6:18 | **journey (1)** 3:3 |
| **brand (2)** 4:22,24 | **COURT (18)** 2:2,4,6,9,14,16,16; 3:2;4:4,17;5:5,5,22; 6:1,10,18,19,24 | **exchange (1)** 5:1 | **greatest (1)** 4:9 | **Justice (2)** 3:9,12 |
| **breathed (1)** 5:9 | | **execute (1)** 3:25 | | |
| | | **expect (2)** 4:14;6:11 | | |
| | | **expire (1)** 3:14 | | |
| | | **extension (1)** 3:17 | | |

**L**

**lane (2)**
    2:20;3:4
**last (1)**
    2:22
**late (1)**
    3:22
**launch (1)**
    5:15
**laws (1)**
    5:7
**lawsuit (2)**
    5:25,25
**least (1)**
    2:20
**left (1)**
    4:6
**letting (1)**
    6:10
**life (1)**
    5:9
**little (1)**
    4:20
**long (1)**
    5:4
**longer (1)**
    5:2
**looking (1)**
    5:25

**M**

**many (1)**
    5:21
**market (1)**
    5:2
**may (3)**
    3:7;4:21;5:4
**Maybe (1)**
    4:17
**memory (2)**
    2:20;3:4
**might (2)**
    2:23;5:2
**mind (1)**
    4:19
**ministerial (1)**
    4:11
**money (2)**
    4:25;5:12

**N**

**name (1)**
    4:24
**new (1)**
    5:9
**Nick (1)**
    2:8
**notified (1)**
    3:16
**notify (1)**
    4:12

**O**

**October (2)**
    4:15;6:11
**off (1)**
    5:1
**offending (2)**
    3:24;4:19
**office (1)**
    6:19
**OK (3)**
    4:4,17;6:18
**once (1)**
    4:10
**one (5)**
    3:4,15,21;4:8;5:25
**only (2)**
    4:8;5:17
**original (1)**
    4:6
**others (2)**
    5:11,20
**otherwise (2)**
    5:2;6:20
**out (2)**
    2:21;5:10
**over (2)**
    3:15,20
**own (1)**
    5:16

**P**

**parties (4)**
    3:4,17,23;5:24
**past (1)**
    5:22
**patent (1)**
    6:4
**payment (2)**
    5:12,20
**payments (1)**
    4:24
**pays (1)**
    4:25
**period (1)**
    3:14
**perspective (1)**
    6:15
**phase (1)**
    4:11
**plaintiff (1)**
    2:7
**plaintiff's (1)**
    6:15
**plan (1)**
    6:12
**potentially (1)**
    5:7
**prepare (1)**
    3:25
**pretty (1)**
    4:17
**principle (2)**
    3:5,7
**print (1)**
    2:22
**Procter (1)**
    2:13
**promptly (1)**
    4:12
**proved (1)**
    3:19
**provision (7)**
    3:21,24;4:8,9,19;
    5:12,14
**provisions (3)**
    3:15;5:5,6
**purported (1)**
    3:19

**Q**

**quite (1)**
    5:20

**R**

**raised (2)**
    4:8;5:23
**reached (2)**
    3:5;5:10
**reason (1)**
    5:8
**recall (1)**
    3:8
**reduce (1)**
    3:7
**reiterated (1)**
    3:20
**rejected (1)**
    5:23
**reporter (1)**
    2:16
**reporters' (1)**
    6:19
**required (1)**
    3:8
**resolve (1)**
    6:4
**resolved (2)**
    4:16;6:5
**respect (1)**
    4:8
**rest (1)**
    6:21
**reverse (3)**
    4:24;5:12,20
**review (2)**
    3:10,13
**right (3)**
    4:18;6:1,9
**road (1)**
    3:11
**rule (1)**
    5:8

**S**

**send (1)**
    4:1
**settled (1)**
    2:21
**settlement (2)**
    4:1;5:24
**settlements (2)**
    4:22,23
**short (1)**
    3:4
**sign (1)**
    4:10
**simple (1)**
    3:25
**simply (1)**
    3:25
**singing (1)**
    5:21
**six (1)**
    5:17
**so-called (2)**
    5:18;6:6
**song (1)**
    5:20
**soon (1)**
    4:16
**sounds (1)**
    4:17
**speak (1)**
    2:17
**split (1)**
    5:5
**start (1)**
    5:17
**statute (1)**
    3:8
**stay (1)**
    5:1
**submit (1)**
    3:8
**subsequent (1)**
    3:6
**subsequently (2)**
    3:13,17
**sum (1)**
    4:25
**summer (1)**
    6:21
**Supreme (1)**
    5:4
**sure (1)**
    2:18

**T**

**talking (1)**
    2:24
**Teva (1)**
    5:17
**Thanks (2)**
    6:10,24
**thinking (1)**
    6:13
**though (2)**
    5:12;6:3
**thought (1)**
    2:21
**till (1)**
    6:20
**Trade (7)**
    3:10,14,18;4:2,21;
    5:25;6:8
**transcript (2)**
    2:19;6:19
**tried (1)**
    5:19
**trip (1)**
    2:20
**truly (1)**
    6:7
**try (1)**
    4:15
**type (1)**
    3:8

**U**

**under (2)**
    5:8,13
**underlying (1)**
    4:1
**unilaterally (1)**
    5:15
**unsuccessful (1)**
    3:20
**upside (1)**
    4:18

**V**

**view (1)**
    5:18
**violate (1)**
    5:7
**voice (1)**
    2:18

**W**

**wait (1)**
    6:20
**weeks (1)**
    5:17
**What's (1)**
    2:25
**working (1)**
    2:21
**worth (1)**
    2:23
**writing (2)**

3:7,16

**Y**

**yesterday (1)**
  3:23

**1**

**1 (1)**
  4:15
**1st (1)**
  6:11

**9**

**90 (1)**
  3:11
**90-day (1)**
  3:14